**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Abraham Jhamell Jackson v. The State of Texas

Appellate case number:   01-12-01041-CR

Trial court case number:  1312812

Trial court:             176th District Court of Harris County

On October 24, 2013, we abated this case for a hearing to determine indigence matters and appointment of counsel. We are in receipt of a reporter's record from that hearing and supplemental clerk's record indicating Patricia Sedita has been appointed as new appellate counsel for Abraham Jackson.

Accordingly, we REINSTATE this case on the Court's active docket.

The clerk's record has previously been filed. Because Jackson has been found indigent, the court reporter is **ORDERED** to file a full record of the underlying proceedings within 30 days of the date of this order, at no cost to Jackson. **Due to the age of this appeal, no extensions will be granted for filing of the reporter's record.**

Appellant's brief is **ORDERED** to be filed within 30 days of the date the full reporter's record is filed. *See* Tex. R. App. P. 38.6(a). Again, due to the age of this appeal, **no extensions will be granted for filing of appellant's brief.** Ms. Sedita is aware of the age of this case and accepted the appeal on those terms. Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* Tex. R. App. P. 38.6(b).

It is so ORDERED.

Judge's signature: _____/s/Justice Harvey Brown_____
                    X  Acting individually    ☐  Acting for the Court

Date:  January 17, 2014